```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CONFORMIT, INC.,

              Plaintiff,

        - against -

AND AGENCY, INC.                                    ORDER

              Defendants.                    21 Civ. 4319 (NRB)
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated October 1, 2021 and October 14, 2021, the Court has determined that both parties may bring their motions without the necessity of a pre-motion conference.

The Court directs that the parties should confer on a four-brief briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of each party's motions to the filing of each party's replies.  If the parties have any question about the structure of a four-brief schedule, please call chambers.

**SO ORDERED.**

Dated:   New York, New York
         October 18, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE