```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CONFIRMIT, INC.,

                        Plaintiff,
                                                        ORDER
         - against -
                                                   21 Civ. 4319 (NRB)
AND AGENCY, INC.,

                        Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         January 13, 2023

                                     NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE